IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CRYSTAL MERRITT, on behalf of herself**            **PLAINTIFFS**
and all other Arkansas Taxpayers

v.            Case No. 4:24-cv-00433-LPR

**WELLPATH, LLC; and**
**THE ARKANSAS DEPARTMENT OF CORRECTIONS**            **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered today at Doc. 28, it is CONSIDERED, ORDERED, and ADJUDGED that this case is remanded to the state court from whence it came. The Clerk is directed to carry out this remand.

IT IS SO ADJUDGED this 8th day of November 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE